### Case No. 5,619.
### GORDON v. RIDDLE.

[1 Cranch, C. C. 329.] [1]

Circuit Court, District of Columbia. July Term, 1806.

BAIL.

If bail has not been required upon the capias ad respondendum, it will not be required upon setting aside the office judgment without affidavit.

Assumpsit against the drawer of a check; no affidavit to hold to bail.

E. J. Lee moved to set aside the office judgment, without giving bail, no bail being originally required.

C. Lee, contra, produced the check, but no affidavit.

THE COURT permitted the defendant to appear, and set aside the office judgment without special bail.